IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH MONTANO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-860 |
| | § | |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Fifth Circuit remanded this case for proceedings on Joseph Montano's double jeopardy claim. The court will conduct a status conference **on September 5, 2017 at 9:00 a.m.** in Courtroom 11B of the Bob Casey United States Courthouse, 515 Rusk Street, Houston, TX 77002. Counsel for the parties should be prepared to discuss a schedule for any additional briefing they may wish to submit, and a plan for filing relevant state court records.

SIGNED on August 11, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge